IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AARON JONES and
ABIGAIL JONES                                                                    PLAINTIFF

v.                          Case No. 4:09-cv-317-DPM

THE TRAVELERS COMPANIES;
THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY;
and THE STANDARD FIRE
INSURANCE COMPANY                                                        DEFENDANT

AMENDED ORDER

The parties' joint motion to dismiss, *Document No. 44*, is granted. FED. R. CIV. P. 41(a)(2). All claims and counterclaims are dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 February 2011